106 F.3d 384
 Harry Burns, Kerry E. Dragoone, Joseph T. Walsh, Sherman E. Holt
v.
Corning Incorporated, Corning Inc. Investment Plan,
Investment Plan Committee, Plan Administrator of Corning
Inc. Investment Plan, Corning Inc. Severance Plan, Roger
Ackerman, Robert Barker, Mary L. Bundy, Van C. Campbell,
David A. Duke, Richard Dulude, R.L. Genillard, E. Martin
Gibson, C.A. Hills, Arthur A. Houghton, James R. Houghton,
Vernon E. Jordan, Jr., James W. Kinnear, Thomas C. MacAvoy,
 NO. 96-3217
 United States Court of Appeals,
Third Circuit.
 Dec 26, 1996
 
 Appeal From: W.D.Pa. , No. 89-cv-00175E ,
 Cohill, J.
 
 
 1
 AFFIRMED.